KRISTIN N. REYNA (SBN 211075)
kreyna@gordonrees.com
KIERSTEN MARTINDALE (SBN: 279781)
kmartindale@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
MAUSER USA, LLC (a limited liability company)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>MAUSER USA, LLC, a limited liability corporation,<br><br>  Defendants. | CASE NO. 2:17-cv-03775<br><br>**MAUSER USA, LLC'S CORPORATE DISCLOSURE STATEMENT** |

///

///

///

///

///

///

-1-

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant MAUSER USA,
2  a limited liability company ("Defendant") hereby provides the following
3  information: Defendant is 100% owned by Mauser US Corporate, LLC.

Dated: July 7, 2017                     GORDON & REES LLP

                                        By:  */s/ Kristin N. Reyna*
                                             Kristin N. Reyna
                                             Attorneys for Defendant
                                             MAUSER USA, LLC

**Gordon & Rees LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

1138941/33603996v.1

-2-

CORPORATE DISCLOSURE STATEMENT
CASE NO. 2:17-cv-03775

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 101 W. Broadway, Suite 2000, San Diego, California 92101. On July 7, 2017, I served the within documents:

**MAUSER USA, LLC'S CORPORATE DISCLOSURE STATEMENT**

| | |
|---|---|
| ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below. |
| ☒ | **BY ELECTRONIC CASE FILING.** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients listed through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office. |
| ☐ | **BY ELECTRONIC MAIL:** I caused such document(s) to be electronically mailed in .pdf format as an e-mail attachment to each addressee for the above-entitled case. The transmission was complete and confirmed. A copy of the transmittal e-mail will be maintained with the original document(s) in our office. |
| ☐ | **BY FEDEX.** by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows: |

Michael R. Lozeau
Douglas J. Chermak
Lozeau Drury LLP
410 12th Street, Ste 250
Oakland, CA 94607
510/836-4200 ph
510/836-4205 fax

///

///

///

///

-1-

CERTIFICATE OF SERVICE
CASE NO. 2:17-cv-03775

1  Cari Miyoko Sakashita
   Emily Jeffers
2  Center for Biological Diversity
   1212 Broadway, Ste. 800
3  Oakland, CA 94612
   510/844-7100 ph
4  510/844-7150 fax

5       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

        Executed on July 7, 2017, at San Diego, California.

                                    _____
                                    Melinda J. Alford

**Gordon & Rees LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

8010110/33268901v.1

-2-

CERTIFICATE OF SERVICE
CASE NO. 2:17-cv-03775