# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MAUSER USA, LLC, a limited liability corporation,<br><br>Defendant. | Case No. 2:17-cv-03775-PA-E<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

# ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff Center for Biological Diversity's claims against Defendant Mauser USA, LCC, as set forth in the Complaint filed in Case No. 2:14-cv-03775-PA-E, are hereby dismissed with prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   May 18, 2018

_____
Percy Anderson
United States District Judge